JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Raphael Harris, aka<br><br>Shaun Harris,<br><br>Defendant | No. CV 11-08570<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Raphael Harris, aka Shaun Harris, in the principal amount of $2,455.73 plus interest accrued to August 16, 2011, in the sum of $4,258.35; with interest accruing thereafter at the daily rate of $0.54 until entry of judgment, administration costs in the amount of $39.61, for a total amount of $**6,753.69**.

DATED: 11/21/2011              By: _____Terry Nafisi_____
                                      Clerk of the Court

                                      _____A. Martinez_____
                                      Deputy Clerk
                                      United States District Court