```
1  JULIE M. MCCOY, Bar No. 129640
   JACQUELYNE M. NGUYEN, Bar No. 249658
2  LAW OFFICES OF JULIE M. MCCOY
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Raphael Harris, aka<br><br>Shaun Harris,<br><br>　　　　　　Defendant | No. CV 11-08570<br><br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Raphael Harris, aka Shaun Harris, in the principal amount of $2,455.73 plus interest accrued to August 16, 2011, in the sum of $4,258.35; with interest accruing thereafter at the daily rate of $0.54 until entry of judgment, administration costs in the amount of $39.61, for a total amount of $**6,753.69**.

DATED: 11/21/2011　　　　　　　By:　　　　Terry Nafisi
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　　　A. Martinez
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　United States District Court